# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SHAWN C. BURGY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0099 |
| | ) | Judge Trauger |
| CITY OF MURFREESBORO POLICE, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

## O R D E R

On February 27, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that process issue against the defendants on the plaintiffs' claim under 42 U.S.C. § 1983 and that all other claims be dismissed as frivolous. (Docket No. 6) No timely objections have been filed. It is therefore **ORDERED** that process shall issue to the defendants City of Murfreesboro, Murfreesboro Police Department, and Sam Day, and the case shall proceed on the plaintiffs' claim under 42 U.S.C. § 1983 against those three defendants. It is further **ORDERED** that all other claims are **DISMISSED** as frivolous under 28 U.S.C. § 1915(e)(2). Any appeal taken from the dismissal ordered would not be taken in good faith under 28 U.S.C. § 1915(a).

This case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 30th day of March 2006.

_____
ALETA A. TRAUGER
U.S. District Judge