IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHAWN C. BURGY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0099 |
| | ) | Judge Trauger |
| CITY OF MURFREESBORO POLICE, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

## O R D E R

On November 6, 2006, the Magistrate Judge issued a Report and Recommendation, recommending certain actions by this court. (Docket No. 49) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants City of Murfreesboro, Murfreesboro Police Department and Sam Day (Docket No. 27) is **GRANTED**, and this case is **DISMISSED**. The Motion for Summary Judgment filed by the plaintiffs (Docket No. 32) is **DENIED**.

It is so **ORDERED**.

ENTER this 6th day of December 2006.

_____
ALETA A. TRAUGER
U.S. District Judge